■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLAN QUIGLEY, Appellant. (Appeal No. 2.) [893 NYS2d 910]— Appeal from a resentence of the Erie County Court (Thomas P.

Amodeo, J.), rendered February 5, 2008. Defendant was resentenced as a second felony offender upon his conviction of criminal mischief in the third degree and possession of burglar's tools.

It is hereby ordered that the resentence so appealed from is unanimously modified on the law by vacating the sentence imposed on count one of the indictment and as modified the resentence is affirmed.

Same memorandum as in *People v Quigley* (70 AD3d 1411 [2010]). Present—Centra, J.P., Fahey, Peradotto, Carni and Lindley, JJ.